# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA AT FRESNO

CASE NO. _____

_____ vs. _____
Plaintiff(s)/Petitioner(s),                Defendant(s)/Respondent(s)

> ***IMPORTANT***:  √ **CHECK AND SIGN *ONLY ONE* SECTION OF THIS FORM, THEN RETURN IT TO THE CLERK'S OFFICE NOT LATER THAN 20 DAYS FOLLOWING YOUR FIRST APPEARANCE, ANSWER OR RESPONSIVE PLEADING.**

☐ ***CONSENT* TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Sec. 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: _____     Signature: _____

Print Name:_____
( ) Plaintiff/Petitioner     ( ) Defendant/Respondent
( ) Counsel for * _____

☐ ***DECLINE* OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to Title 28, U.S.C. Sec. 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

Date: _____     Signature: _____

Print Name:_____
( ) Plaintiff/Petitioner     ( ) Defendant/Respondent
( ) Counsel for *_____

***\*If representing more than one party, counsel must indicate name of each party responding.***

g:\docs\docket\prisoner/cnsent-d.wpd  ( 9/17/03)